```
                                                              FILED
                                                        IN CLERK'S OFFICE
                                                    U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT                        ★   NOV 1 2 2015   ★
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN PATTERSON, on behalf of himself and               BROOKLYN OFFICE
All others similarly situated,

                      Plaintiff,                    ORDER

        - against -                                 15-cv-0662 (SLT) (PK)

PREMIER CONSTRUCTION CO. INC., and
SAEED M. ANJUM,

                      Defendant.
-----------------------------------------------------------X
```

**TOWNES, United States District Judge,**

Plaintiff has requested a pre-motion conference to discuss his anticipated motion for conditional collective action certification pursuant to 29 U.S.C. § 216(b). A pre-motion conference request is not required for such a motion. (*See* J. Townes, Individual Motion Practices and Rules, § III.A..) Accordingly, Plaintiff may make this motion.

The parties are hereby directed to file a proposed briefing schedule within two weeks of entry of this order.

**SO ORDERED**

/s/ Sandra L. Townes
_____
SANDRA L. TOWNES
United States District Judge

Dated: November 9, 2015
Brooklyn, New York