UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEAN PATTERSON, on behalf of himself and all
others similarly situated,

                        Plaintiff,

        -against-

PREMIER CONSTRUCTION CO. INC., et al.

                        Defendants.
------------------------------------------------------------------X

**NOTICE OF MOTION**

NO. 15-CV-00662 (SLT)(PK)

**PLEASE TAKE NOTICE** that upon the Declaration of Jon L. Norinsberg, Esq., the Declaration of Plaintiff Sean Patterson, and upon the annexed exhibits and accompanying Memorandum of Law served and filed herewith, Plaintiff Sean Patterson will move this court before the Honorable Sandra L. Townes, U.S.D.J., at 225 Cadman Plaza East, Brooklyn, NY on a date and time set by this Court, for an Order pursuant to 29 U.S.C. § 216(b) ("Fair Labor Standards Act"):

a) Approving the text of Plaintiff's Notice of Lawsuit and Consent to Join;

b) Permitting Plaintiff to circulate a Notice of Lawsuit and Consent to Join to similarly situated employees;

c) Requiring Defendants to provide Plaintiff's counsel with a complete list in electronic form of names, mail addresses, email addresses, and telephone numbers of their current and former employees, performing similar duties from February 10, 2012, three (3) years before the filing of the complaint, until the date this motion is decided;

d) Permitting all similarly situated individuals 60 days to opt into this case;

e) Tolling the statute of limitations for all similarly situated individuals from the date of the motion to certify until the date the Court issues an order on the motion;

f) Requiring the Defendants to post a copy of the Notice of Lawsuit at their locations;

g) Permitting Plaintiff to translate the Notice of Lawsuit and Consent to Join in Spanish; and

h) Granting any relief that the Court finds just.

**PLEASE TAKE FURTHER NOTICE that** Plaintiff requests oral argument on this motion.

Dated: New York, New York
       December 14, 2015

JOSEPH & NORINSBERG, LLC

By:_____
Jon L. Norinsberg, Esq.
Chaya Gourarie, Esq.
225 Broadway Suite 2700
New York, N.Y. 10007
Tel: (212) 791-5396/7
Fax: (212) 406-6890
*Attorneys for Plaintiffs*

TO:

RABINOWITZ & GALINA ESQS.
Adam S. Cohen, Esq.
94 Willis Avenue
Mineola, New York 11501
Tel: 516-739-8222
Fax: 516-739-8225
*Attorneys for Defendants.*